FILED

2007 OCT 12  P 1:46

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  Maria C. Rodríguez, Esq. (SBN 194201)
   Julie I. LaRoe, Esq. (SBN 229075)
2  SEYFARTH, SHAW LLP
   One Century Plaza, Suite 3300
3  2029 Century Park East
   Los Angeles, California 90067-3063
4  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219

5  Jeffrey L. Karlin, Esq. (SBN 144488)
   Katherine L. Wallman, Esq. (SBN 235842)
6  GRAY, PLANT, MOOTY, MOOTY
     & BENNETT, P.A.
7  The Watergate
   2600 Virginia Avenue, N.W., Suite 1111
8  Washington, D.C. 20037-1905
   Telephone: (202) 295-2200
9  Facsimile: (202) 295-2250

10 Attorneys for Plaintiffs

11
                UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA

13 BASKIN-ROBBINS FRANCHISED SHOPS       Case No.:
14 LLC, a Delaware limited liability company,    C 07  05230
   and BR IP HOLDER LLC, a Delaware
15 limited liability company,
                                          PLAINTIFFS'
16         Plaintiffs,                    CERTIFICATION OF
                                          INTERESTED ENTITIES OR
17     vs.                                PERSONS PURSUANT TO
                                          LOCAL CIVIL RULE 3-16
18 JOHN WILLHALM, a resident of California,
19         Defendant.

20
21     Pursuant to Civil L.R. 3-16, Plaintiffs Baskin-Robbins Franchised Shops
22 LLC and BR IP Holder LLC (unless otherwise specified, collectively referred
23 hereinafter as "Baskin-Robbins") make the following statement identifying all
24 their parent corporations and listing any publicly held company that owns 10% or
25 more of the party's stock:
26
27
28
                              -1-
       CIV. L.R. 3-16 CERT. OF INTERESTED ENTITIES OR PERSONS

LA1 6659435.1

## CORPORATE AFFILIATIONS

Plaintiff Baskin-Robbins Franchised Restaurant LLC, a Delaware limited liability company, operates a franchise system under the trade name "Baskin-Robbins." Plaintiff Baskin-Robbins Franchised Shops LLC is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc.

Plaintiff BR IP Holder LLC, a Delaware limited liability company, is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc., and owns all of Baskin-Robbins Franchised Shops LLC's U.S. trademarks.

Plaintiffs are unaware of any publicly held company that owns 10% or more of an ownership interest in them. Plaintiffs are also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

DATED: October 11, 2007

Respectfully submitted,

SEYFARTH SHAW LLP

By _____
Julie I. LaRoe
Attorneys for Plaintiffs
BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC

-2-
CIV. L.R. 3-16 CERT. OF INTERESTED ENTITIES OR PERSONS

LA1 6659435.1