**\*E-FILED 1/28/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BASKIN-ROBBINS FRANCHISED SHOPS LLC,

    Plaintiff,

v.

JOHN WILLHALM,

    Defendant.

_____/

No. C 07-05230 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The above-entitled case is scheduled for a Case Management Conference on January 30, 2008 at 2:30 p.m. Pursuant to the Order Setting Initial Case Management Conference, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference. No Case Management Statement has been filed. Therefore, the Court continues the case management conference to **March 26, 2008 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **March 19, 2008;** other deadlines set in the Order Setting Initial Case Management Conference are continued accordingly.

IT IS SO ORDERED.

Dated: 1/28/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Yuliya I. LaRoe    jlaroe@seyfarth.com

Maria A. C. Rodriguez    mrodriguez@seyfarth.com

Dated: 1/28/08

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg