| | |
|---|---|
| 1 | Maria C. Rodriguez, Esq. (SBN 194201) |
| 2 | Yuliya I. LaRoe, Esq. (SBN 229075) |
|   | SEYFARTH SHAW LLP |
|   | One Century Plaza, Suite 3300 |
| 3 | 2029 Century Park East |
|   | Los Angeles, California 90067-3063 |
| 4 | Telephone: (310) 277-7200 |
|   | Facsimile: (310) 201-5219 |

Jeffrey L. Karlin, Esq. (SBN 144488)
GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
The Watergate
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037-1905
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware limited liability company, and BR IP HOLDER LLC, a Delaware limited liability company, | Case No. 07-cv-05230-RS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| JOHN WILLHALM, a resident of California, | |
| Defendant. | |

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC hereby dismiss all claims against Defendant John Willhalm without prejudice.

DATED: February 1, 2008            SEYFARTH SHAW LLP

By _____*/s/ Yuliya I. LaRoe*_____.
Yuliya I. LaRoe
Attorneys for Plaintiffs
BASKIN-ROBBINS FRANCHISED
SHOPS LLC and BR IP HOLDER LLC

NOTICE OF DISMISSAL

LA1 6677446.1